No. 400. DISTRICT OF COLUMBIA, APPELLANT, *v.* ELIAS E. BARNES. Appeal from the Court of Claims. Motion to dis-

miss. Submitted November 17, 1902. Decided December 8, 1902. *Per Curiam.* Appeal dismissed. Act of June 6, 1900, 31 Stat. c. 789, p. 572; *Gordon* v. *United States*, 117 U. S. 697; 2 Wall. 561; *District of Columbia* v. *Eslin*, 183 U. S. 62, 65. *Mr. Solicitor General Richards* and *Mr. Robert A. Howard* for the appellant. *Mr. John C. Fay* for the appellee.